# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER TAULBEE | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | 5:17-CV-00333 DSF (DTB) |
| v. | |
| COUNTY OF RIVERSIDE ET AL | **MINUTES OF PRISONER SETTLEMENT PROCEEDING** |
| Defendant(s) | |

A settlement proceeding was held in this case on  June 13, 2017 .

This proceeding lasted for   1   hours and   30   minutes.

The outcome of this proceeding was:

☑ The case has been completely settled.

☐ The parties agree to an additional follow-up settlement proceeding.

☐ The parties are unable to reach an agreement at this time.

☐ Other: _____

Dated:   June 13, 2017

Clerk, U.S. District Court

By:   D. BUNNELL
Deputy Clerk